ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-102 DAO |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO UNSEAL COMPLAINT |
| SIOSIFA POUILIEVA LAVULAVU, | Magistrate Judge Daphne A. Oberg |
| Defendant. | |

The United States, by and through its undersigned counsel, respectfully requests that the Complaint in the above-referenced matter be unsealed. The defendant has been arrested so the Complaint no longer needs to be sealed.

SUBMITTED this 28th day of February 2022.

                                                    ANDREA T. MARTINEZ
                                                  United States Attorney

                                                  */s/ Jamie Z. Thomas*

                                                  _____
                                                  JAMIE Z. THOMAS
                                                  Assistant United States Attorney