FILED
2022 MAR 16 PM 4:25
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | FELONY INFORMATION |
|---|---|
| Plaintiff, | |
| vs. | COUNT I: 18 U.S.C. § 922(a)(1)(A) Dealing in Firearms Without a License |
| SIOSIFA POUILIEVA LAVULAVU, | Case: 2:22−cr−00096 Assigned To : Nielson, Howard C., Jr Assign. Date : 3/16/2022 Description: USA v. Lavulavu |
| Defendant. | |

The United States Attorney charges:

**COUNT I**
18 U.S.C. § 922(a)(1)(A)
(Dealing in Firearms Without a License)

Between the dates of approximately February 1, 2020, and January 21, 2022, in the

District of Utah,

SIOSIFA POUILIEVA LAVULAVU,

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44,

Title 18, United States Code, did willfully engage in the business of dealing in firearms;

All in violation of 18 U.S.C. Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

1

ANDREA T. MARTINEZ
United States Attorney


*/s/ Jamie Z. Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney